UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   BOBBY L LAMM                                   CASE NO. 20-10683
   DARLENE HILL LAMM                       JUDGE BENJAMIN A. KAHN
   PO BOX 434
   TRINITY, NC  27370

       DEBTORS

SSN(1) XXX-XX-5445     SSN(2) XXX-XX-1351       DATE: 07/29/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $225.00<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0010 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9750<br>COMMENT: LAB CORP,CLASS A,721OR |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $35.00<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0026 | (X) SPECIAL-UNSECURED<br><br>ACCT: 2450<br>COMMENT: CLASS A,721OR |
| DAVIDSON ANES CONSULTANTS PA<br>P O BOX 63190<br>CHARLOTTE, NC  28263 | $0.00<br>INT: .00%<br>NAME ID: 120354<br>CLAIM #: 0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DISH NETWORK<br>P O BOX 9033<br>LITTLETON, CO  80160 | $0.00<br>INT: .00%<br>NAME ID: 34614<br>CLAIM #: 0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EYE CARE CENTER<br>P O BOX 207249<br>DALLAS, TX  75320 | $0.00<br>INT: .00%<br>NAME ID: 183061<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FINANCIAL DATA SYSTEMS<br>P O BOX 688<br>WRIGHTSVILLE BEACH, NC  28480-0688 | $0.00<br>INT: .00%<br>NAME ID: 122295<br>CLAIM #: 0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| H&R ACCOUNTS<br>5320 22ND AVE<br>MOLINE, IL  61265 | $0.00<br>INT: .00%<br>NAME ID: 162551<br>CLAIM #: 0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5445<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $787.58<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0004 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 7612<br>COMMENT:  CITIBANK,CLASS A/B,721OR |
| MEDICREDIT CORPORATION<br>P O BOX 411187<br>SAINT LOUIS, MO  63141-3187 | $0.00<br>INT: .00%<br>NAME ID: 169854<br>CLAIM #: 0011 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MEMBERS CREDIT UNION<br>% KIRSCHBAUM NANNEY KEENAN &<br>GRIFFIN<br>P O BOX 19806<br>RALEIGH, NC  27619 | $8,130.86<br>INT: .00%<br>NAME ID: 168450<br>CLAIM #: 0012 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 5141<br>COMMENT:  CLASS A,721OR |
| MEMBERS CREDIT UNION<br>% KIRSCHBAUM NANNEY KEENAN &<br>GRIFFIN<br>P O BOX 19806<br>RALEIGH, NC  27619 | $3,048.22<br>INT: .00%<br>NAME ID: 168450<br>CLAIM #: 0022 | | (X) SPECIAL-UNSECURED<br><br>ACCT: 5142<br>COMMENT:  CLASS A/B,721OR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 5445<br>COMMENT: |
| NOVANT HEALTH<br>2000 FRONTIS PLAZA BLVD<br>WINSTON SALEM, NC  27103 | $0.00<br>INT: .00%<br>NAME ID: 159620<br>CLAIM #: 0013 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NOVANT HEALTH<br>RCS/WHITEHALL<br>P O BOX 30143<br>CHARLOTTE, NC  28230-0143 | $2,666.31<br>INT: .00%<br>NAME ID: 145134<br>CLAIM #: 0024 | | (X) SPECIAL-UNSECURED<br><br>ACCT:<br>COMMENT:  CLASS A,721OR |
| NOVANT HEALTH<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $5,175.78<br>INT: .00%<br>NAME ID: 173897<br>CLAIM #: 0025 | | (U) UNSECURED<br><br>ACCT: 1351<br>COMMENT:  CLASS B,721OR |
| NOVANT HEALTH<br>RCS/WHITEHALL<br>P O BOX 30143<br>CHARLOTTE, NC  28230-0143 | $1,245.82<br>INT: .00%<br>NAME ID: 145134<br>CLAIM #: 0028 | | (U) UNSECURED<br><br>ACCT:<br>COMMENT:  CLASS B,721OR, |
| PIEDMONT TRIAD ANESTHESIA PA<br>145 KIMEL PARK DR STE 100<br>WINSTON SALEM, NC  27103 | $78.20<br>INT: .00%<br>NAME ID: 183079<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT:<br>COMMENT:  CLASS B,721OR |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0027 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $54.79<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | | (P) PRIORITY<br><br>ACCT: 5445<br>COMMENT:  OC |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10683

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $267.12<br>INT: 10.30%<br>NAME ID: 9626<br>CLAIM #:  0020 | (S) SECURED<br><br>ACCT: 5445<br>COMMENT:  OC,TAXES |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $79.79<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #:  0021 | (X) SPECIAL-UNSECURED<br><br>ACCT: 5445<br>COMMENT:  SPLIT,CLASS A,721OR |
| RMB OF NORTH CAROLINA INC<br>409 BEARDEN PARK CIR<br>KNOXVILLE, TN  37919 | $0.00<br>INT: .00%<br>NAME ID: 183062<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| THOMASVILLE MEDICAL CENTER<br>P O BOX 71049<br>CHARLOTTE, NC  28272 | $0.00<br>INT: .00%<br>NAME ID: 69679<br>CLAIM #:  0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TRIAD RADIOLOGY ASSOCIATES PLLC<br>P O BOX 63111<br>CHARLOTTE, NC  28263 | $0.00<br>INT: .00%<br>NAME ID: 173365<br>CLAIM #:  0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WAKE FOREST BAPTIST HEALTH<br>1 MEDICAL CENTER BLVD<br>WINSTON SALEM, NC  27157 | $190.48<br>INT: .00%<br>NAME ID: 155374<br>CLAIM #:  0018 | (U) UNSECURED<br><br>ACCT: 1351<br>COMMENT:  CLASS B,721OR |
| WAKE FOREST BAPTIST HEALTH<br>1 MEDICAL CENTER BLVD<br>WINSTON SALEM, NC  27157 | $68.70<br>INT: .00%<br>NAME ID: 155374<br>CLAIM #:  0023 | (X) SPECIAL-UNSECURED<br><br>ACCT: 5445<br>COMMENT:  CLASS A,721OR |
| WAKEFIELD & ASSOCIATES<br>7005 MIDDLEBROOK PIKE<br>KNOXVILLE, TN  37909 | $0.00<br>INT: .00%<br>NAME ID: 182009<br>CLAIM #:  0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$22,105.65** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE<br>
500 W FRIENDLY AVE STE 200<br>
P O BOX 1720<br>
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  07/29/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc:  Debtors
Attorney for Debtors - Electronic Notice